# FIELDS LAW FIRM

GLORIA C. LAM
ATTORNEY
DIRECT 612-383-1110
1-888-847-8517 EXT. 110
GLORIA@FIELDSLAW.COM

ANNIE SCHULSTAD
PARALEGAL
DIRECT 612-206-3477
1-888-847-8517 EXT. 477
ANNIE@FIELDSLAW.COM

March 1, 2022

The Honorable Judge Joseph H. Rodriguez
District of New Jersey
Mitchell H. Cohen Courthouse
4th & Cooper Street
Camden, NJ 08101

*VIA ECF*

RE: Dennis, et al. v. Experian Information Solutions, Inc., et al.
    Court File No. 1:21-cv-20317-JHR-SAK

Dear Judge Rodriguez:

Please be advised that Plaintiffs Thomas and Karen Dennis and Experian Information Solutions, Inc. have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Joint Stipulation of Dismissal within 45 days. Defendant Ocwen Loan Servicing d/b/a PHH Mortgage Services still remains, and Plaintiffs have not settled the claims with this Defendant.

Respectfully Submitted,

*/s/ Gloria C. Lam*

Gloria C. Lam
GCL/acs
Attorney

cc: All Counsel (via ECF)