## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| Thomas Dennis and Karen Dennis,<br><br>Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., et al.,<br><br>Defendants. | CIVIL FILE NO.: 1:21-CV-20317-JHR-SAK<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

## ORDER

Based on the STIPULATION OF DISMISSAL WITH PREJUDICE filed by the parties herein, this Court hereby orders that the Complaint against the Defendant Experian Information Solutions, Inc. **ONLY** shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to either Plaintiff or Defendant Experian Information Solutions, Inc.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: ___March 22, 2022___     _____

JUDGE, United States District Court