# FIELDS LAW FIRM

| | |
|---|---|
| GLORIA C. LAM<br>ATTORNEY<br>DIRECT 612-383-1110<br>1-888-847-8517 EXT. 110<br>GLORIA@FIELDSLAW.COM | ANNIE SCHULSTAD<br>PARALEGAL<br>DIRECT 612-206-3477<br>1-888-847-8517 EXT. 477<br>ANNIE@FIELDSLAW.COM |

May 26, 2022

The Honorable Judge Joseph H. Rodriguez
District of New Jersey
Mitchell H. Cohen Courthouse
4th & Cooper Street
Camden, NJ 08101

*VIA ECF*

RE:    Dennis, et al. v. Experian Information Solutions, Inc., et al.
         Court File No. 1:21-cv-20317

Dear Judge Rodriguez:

Please be advised that Plaintiffs Thomas and Karen Dennis and Defendant Ocwen Loan Servicing LLC d/b/a PHH Mortgage Services, have settled the claims between these two parties subject to the signing of a settlement agreement and release, and expect to file a Stipulation for Dismissal within 45-60 days.

Respectfully Submitted,

*/s/ Gloria C. Lam*

Gloria C. Lam
GCL/acs
Attorney

cc: All Counsel (via ECF)