UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| Thomas Dennis and Karen Dennis,<br><br>　　Plaintiffs,<br>vs.<br><br>Experian Information Solutions, Inc., et al.,<br><br>　　Defendants. | Case No. 1:21-cv-20317-JHR-SAK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO OCWEN LOAN SERVICING LLC d/b/a PHH MORTGAGE SERVICES** |

　　IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant, Ocwen Loan Servicing LLC d/b/a PHH Mortgage Services **ONLY**, by and through their undersigned attorneys, that all claims by Plaintiff against Defendant Ocwen Loan Servicing LLC d/b/a PHH Mortgage Services **ONLY**, shall be dismissed with prejudice, on its merits and in its entirety and without an award of costs, disbursements or attorneys' fees to either Plaintiff or Defendant.

Dated: 07/11/2022   **Fields Law Firm**

　　　　　　　　　　　　　　　　*/s/ Gloria C. Lam*
　　　　　　　　　　　　　　　　**GLORIA C. LAM**
　　　　　　　　　　　　　　　　Reg. No. 286962018
　　　　　　　　　　　　　　　　**FIELDS LAW FIRM**
　　　　　　　　　　　　　　　　21 South 11th Street, Suite 520
　　　　　　　　　　　　　　　　Philadelphia, PA 19107
　　　　　　　　　　　　　　　　Tel: (612) 383-1136
　　　　　　　　　　　　　　　　Fax: (612) 370-4256
　　　　　　　　　　　　　　　　FCRA-NJ@fieldslaw.com

1

*Counsel for Plaintiff*

Dated: 07/11/2022     **Stradley Ronon Stevens & Young, LLP**

By: /s/Christopher A. Reese
Christopher A. Reese
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
T: (856) 321-2400
F: (856) 321-2415
creese@stradley.com

*Attorney for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| Thomas Dennis and Karen Dennis, Plaintiffs, vs. Experian Information Solutions, Inc., et al., Defendants. | CIVIL FILE NO.: 1:21-cv-20317-JHR-SAK [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |

**ORDER**

Based on the STIPULATION OF DISMISSAL WITH PREJUDICE filed by the parties herein, this Court hereby orders that the Complaint against the Defendant Ocwen Loan Servicing LLC d/b/a PHH Mortgage Services **ONLY** shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to either Plaintiffs or Defendant Ocwen Loan Servicing LLC d/b/a PHH Mortgage Services.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: _____       _____
JUDGE, United States District Court